UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER SHANNON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEBORSHI GHOSH )<br>)<br>Defendant. )<br>) | Civil Action No.15-CV-13010-PBS |

AMENDED ORDER ON MOTION FOR PRELIMINARY INJUNCTION

THIS MATTER came before the Court on the motion for a preliminary injunction of Plaintiff Alexander Shannon ("Shannon"), seeking injunctive relief to stop defendant Deborshi Ghosh "(Ghosh") from continuing his hostile and malicious campaign of harassment and to stop Ghosh from further publishing, or communicating in any manner Ghosh's maliciously false and defamatory statements concerning Shannon. After hearing, the court finds that:

1. Shannon has demonstrated a substantial likelihood of success on the merits;

2. Shannon will suffer irreparable harm if Ghosh (a) is not enjoined from continuing his hostile and malicious campaign of harassment of Shannon and (b) if Ghosh is not stopped from further publishing, or communicating in any manner maliciously false and defamatory statements concerning Shannon;

3. Greater injury will be suffered by Shannon by the denial of a temporary restraining order than will be suffered by Ghosh from the granting of such relief; and

4. A preliminary injunction will serve the public interest.

{W5007769.4}

**IT IS HEREBY ORDERED THAT**

    a. Ghosh and all those acting in active concert with Ghosh are restrained, enjoined and prohibited from reproducing, republishing, distributing, communicating in any way or from making any public statements (or authorizing any statements) including, without limitation, the making of any oral, written, visual, electronic or other comment, statement, publication or release, the use of email or the Internet or any Internet site or forum, the posting, presentation or other transmittal of any message or information on the that contain, reference or allude to in any way that: (a) Shannon sexually abused Ghosh; (b) Shannon sexually harassed Ghosh; (c) Shannon participated in the surreptitious videotaping and/or photography of Ghosh while at Cornell University during the 2007/2008 school year; and (d) Shannon is a sex offender.

    b. Ghosh and all those acting in active concert with Ghosh are restrained, enjoined and prohibited from making any statement, whether orally or in writing, including, without limitation, the making of any oral, written, visual, electronic or other comment, statement, publication or release, the use of email or the Internet or any Internet site or forum, the posting, presentation or other transmittal of any message or information on the to any third-party that is negative, critical, derogatory, disparaging or discrediting of Shannon and/or his parents, Dr. Richard Shannon and Dr. Barbara Clark and their professions.

    c. Ghosh and all those acting in active concert with Ghosh are restrained, enjoined and prohibited from communicating or attempting to communicate in any manner

with Shannon, his parents, Dr. Richard Shannon and Dr. Barbara Clark, Tufts University Medical School, University of Virginia Medical Center.

d. Ghosh and all those acting in active concert with Ghosh are restrained, enjoined and prohibited from coming knowingly within 500 feet of Shannon, Shannon's girlfriend, Shannon's family, Shannon and Shannon's girlfriend's residence here in Massachusetts, Shannon's residence in Virginia, Shannon's family members' residence, the University of Virginia Medical Center.

**IT IS FURTHER ORDERED THAT:**

e. Ghosh and all those acting in active concert with Ghosh are restrained, enjoined and prohibited from publishing disseminating, disclosing or otherwise communicating orally, in writing, electronically, visually or otherwise, in any manner whatsoever including, without limitation, the making of any oral, written, visual, electronic or other comment, statement, publication or release, the use of email or the Internet or any Internet site or forum, the posting, presentation or other transmittal of any message or information on the any comments, statements or other information with respect to the above-captioned Action, including but not limited to the pleadings (including the Verified Complaint), motions, Affidavits or other filings in this action, except that Ghosh may communicate with his legal counsel concerning the above-captioned Action.

Dated: 8/10/15

_____
United States District Court Judge

{W5007769.4}                    3